UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CHERYL A. DEMERITT,

    Plaintiff,

v.                                                             Case No.  5:11-cv-47-Oc-TBS

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____

ORDER

Pending before the Court is Plaintiff's Motion For Extension Of the Fourteen-Day Period Described in Fed.R.Civ.P. 54(d)(2)(B) For Filing A Petition For Approval Of Attorney Fees. (Doc. 27).  On January 12, 2012, the Court entered judgment for Plaintiff reversing and remanding the decision of the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). (Doc. 26.)  However, a determination as to Plaintiff's entitlement to any past due benefits has not been made. As such, Plaintiff's counsel is unable to file a motion for attorney's fees under 42 U.S.C. § 406(b) within the 14 day time period set forth in Rule 54(d)(2)(B) of the Federal Rules of Civil Procedure. For this reason, Plaintiff requests an order extending the time to file a motion for attorney's fees under 42 U.S.C. § 406(b) until thirty (30) days after Plaintiff's counsel receives notice from the Commissioner of the Commissioner's determination as to the amount of past due benefits payable to Plaintiff.[1] The Defendant does not object to the relief requested.

---

[1] See Blitch v. Astrue, 261 Fed. Appx. 241, 242 n.1 (11th Cir. 2008) (citing Bergen v. Comm'r of Social Sec., 454 F.3d 1273, 1278 n.2 (11th Cir. 2006)) (sympathizing with "the

Accordingly, upon due consideration, Plaintiff's Motion For Extension Of the Fourteen- Day Period Described in Fed.R.Civ.P. 54(d)(2)(B) For Filing A Petition For Approval Of Attorney Fees (Doc. 27) is due to be **GRANTED**. The deadline to file a motion for attorney's fees pursuant to 42 U.S.C. § 406(b) shall be **thirty (30) days** after Plaintiff receives notice from the Social Security Administration of the amount of past due benefits awarded.

IT IS SO ORDERED.

DONE AND ORDERED in Ocala, Florida, on January 23, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel

---

attorney's plight under the unique circumstances created by a remand judgment under sentence four of 42 U.S.C. § 405(g)" in the calculation of attorney's fees).

-2-