UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**CHERYL A. DEMERITT,**

    **Plaintiff,**

**v.**                                                                                Case No: 5:11-CV-47-Oc-PRL

**COMMISSIONER OF SOCIAL SECURITY**

    **Defendant.**

## ORDER

Pending before the Court is Plaintiff's Unopposed Motion for Extension of Time for Filing Petition for Approval of Attorney Fees. (Doc. 31). Pursuant to M.D. Fla. R. 3.01(g), counsel for Plaintiff represents that she has conferred with Defendant's counsel, who has no objection to the requested extension of time. Upon due consideration, Plaintiff's motion is **GRANTED**. If Plaintiff seeks § 406(b) fees, she shall file her motion for attorney's fees no later than 30 days from the date on the Supplemental Security Income Notice of Award.

**DONE** and **ORDERED** in Ocala, Florida on October 18, 2012.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties